## BYNUM v. BYNUM.

(Decided February 3, 1914.)

APPEAL from Lawrence Chancery Court.

Heard before Hon. W. H. SIMPSON.

C. J. PRICE, and WERT & LYNNE, for appellant. D. C
ALMON, and J. M. IRWIN, for appellee.

Per curiam. Dismissed by appellant.

---

## COMPTON v. BURROUGHS, JONES & DYER SHOW CO.

(Decided February 10, 1914.)

APPEAL from Marengo Law and Equity Court.

Heard before Hon. E. J. GILDER.

No counsel marked for either party.

Per curiam. Appeal dismissed.

---

## COMPTON v. FRIEDMAN-SHELLEY SHOE CO.

(Decided February 10, 1914.)

APPEAL from Marengo Law and Equity Court.

Heard before Hon. E. J. GILDER.

No counsel marked for either party.

Per curiam. Appeal dismissed.

---

## EX PARTE BLANTON-CURTIS MERCANTILE CO.

(Decided February 5, 1914.)

CERTIORARI to Court of Appeals.

BANKHEAD & BANKHEAD, for petitioner. DAVIS &
FITE, for respondent.

DE GRAFFENRIED, J.—Certiorari to review opinion and
decision of the Court of Appeals in the cause of *Kentucky W. Mfg. Co. v. Blanton-Curtis M. Co.*, 8 Ala. App.
669, 62 South. 368. Petition denied.

All the Justices concur.